

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Texas Farm Bureau Underwriters,
Appellant

No. 06-13-00132-CV      v.

Terry Graham, Jr., Appellee

Appeal from the 241st District Court of Smith County, Texas (Tr. Ct. No. 10-2640C). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment and render a take-nothing judgment in favor of Texas Farm Bureau Underwriters.

We further order that the appellee, Terry Graham, Jr., pay all costs of this appeal.

RENDERED DECEMBER 5, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk